826

No. 82–2048. MEEKER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 82–2050. BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA v. LINCOLN. C. A. 11th Cir. Certiorari denied.

No. 82–2052. DEFEX v. PAN AMERICAN WORLD AIRWAYS, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 82–2055. BLANTON v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 82–2057. LESIAK v. FERGUSON, AUDITOR OF THE STATE OF OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 82–2060. FIDELITY CONSTRUCTION CO. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 82–2062. CHICK KAM CHOO, INDIVIDUALLY, AND AS ADMINISTRATRIX OF THE ESTATE OF LEONG CHONG, ET AL. v. ESSO OIL CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 82–2063. AHMED ET AL. v. AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION & INDEMNITY ASSN., INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 82–2064. QUALITY FORD, INC., ET AL. v. FORD MOTOR CO. ET AL. C. A. 10th Cir. Certiorari denied.

No. 82–2065. RUST v. RUVOLO ET AL. Ct. App. Ohio, Lucas County. Certiorari denied.

No. 82–2066. SOUTHTRUST BANK OF ALABAMA, BIRMINGHAM v. VISA, U.S.A., INC. C. A. Fed. Cir. Certiorari denied.

No. 82–2067. GALANTY v. CHRYSLER CORP. ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 82–2068. SUTTON v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.